**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                                   Civil Action No. 1:14-cv-00952-LO-TCB

JOHN DOE, subscriber assigned IP address
96.255.241.176,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 96.255.241.176. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 27, 2014

                                                                   Respectfully submitted,

                                                                   By:    /s/ *William E. Tabot*
                                                                   William E. Tabot PC
                                                                   9248 Mosby Street
                                                                   Manassas, VA 20110-5038
                                                                   Phone: 703-530-7075
                                                                   Email: wetabotesq@wetlawfirm.com
                                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *William E. Tabot*_____
      William E. Tabot